UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| NATHAN B. MAUDLIN, <br> JEANNE G. MAUDLIN, and <br> FLANDERS-SCOTT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL EMERGENCY <br> MANAGEMENT AGENCY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 3:14-cv-00144-RLY-WGH |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court, having this day made its Entry directing the entry of final judgment, now enters **FINAL JUDGMENT**.

Judgment is entered in favor of the Defendant, Federal Emergency Management Agency, and against the Plaintiffs, Nathan B. Maudlin, Jeanne G. Maudlin, and Flanders-Scott, LLC.  The Plaintiffs shall take nothing by their Complaint (Filing No. 1) and this action is terminated.

Date: September 30, 2015

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

_____
By:  Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1